**Order entered June 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00163-CV
No. 05-18-00164-CV

### IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 1-09-843 and 1-15-76**

## ORDER

Before the Court is appellants Sherry and Breena Rhodes' June 16, 2018 first motion for extension to file briefs. They seek an extension, in part, because Breena cannot access the electronic copy of the appellate record provided them.

We **ORDER** as follows. We **DIRECT** the Clerk of the Court to send a paper copy of the appellate record in each appeal, to the extent they are different, to Breena Rhodes. We **GRANT** the extension request to the extent we **ORDER** the briefs be filed no later than July 30, 2018.

/s/     DAVID EVANS
         JUSTICE